UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYLER ROBERT SCOTT,

    Plaintiff,

v.                                  Case No. 3:22cv22212-LC-HTC

ARAMARK,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 30, 2023, (ECF No. 8), recommending dismissal based on Plaintiff's failure to state a claim upon which relief may be granted. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

Case No. 3:22cv22212-LC-HTC

2. This case is DISMISSED WITHOUT PREJUDICE 28 U.S.C. § 1915(e)(2) (B)(ii) for failing to state a claim upon which relief may be granted.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 8th day of March, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv22212-LC-HTC